# EXHIBIT P

**Generated on:** This page was generated by TSDR on 2024-07-12 08:29:35 EDT

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** | 75368786 | **Application Filing Date:** | Oct. 06, 1997 |
| **US Registration Number:** | 2214339 | **Registration Date:** | Dec. 29, 1998 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Feb. 22, 2018

**Publication Date:** Oct. 06, 1998

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Design Search Code(s):**
03.15.19 - Birds in flight or with outspread wings
03.15.24 - Stylized birds
03.15.25 - Blackbirds; Cardinals; Crows; Jays; Other birds not categorized elsewhere; Ravens; Robins; Woodpeckers
26.01.26 - Coils; Spirals; Swirls

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | NECKLACES, JEWELRY BRACELETS, PENDANTS, WATCHES | | |
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** | 002, 027, 028, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 1985 | **Use in Commerce:** | 1985 |

| | | | |
|---|---|---|---|
| **For:** | PRINTED MATTER, NAMELY, PENS, ART REPRODUCTIONS, SCORE CARDS, PLAYING CARDS, PAPER NAPKINS, GOLF YARDAGE BOOKS, GOLF INSTRUCTION BOOKS, LEATHER BOOK ENDS, LEATHER DESK ACCESSORIES, NAMELY, DESK SETS | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 1982 | **Use in Commerce:** | 1982 |

| | |
|---|---|
| **For:** | WALLETS, LEATHER KEY FOBS, LEATHER MONEY CLIPS, LUGGAGE TAGS, ALL PURPOSE SPORT BAGS, LUGGAGE, LEATHER NOTEBOOK COVERS AND BELTS |
| **International Class(es):** | 018 - Primary Class |
| **U.S Class(es):** | 001, 002, 003, 022, 041 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | 1985 |
| **Use in Commerce:** | 1985 |

| | |
|---|---|
| **For:** | DRINKING GLASSES, GLASS BOWLS, CHINA BOXES, GLASS VASES, GLASS DECANTERS, GLASS PITCHERS AND GLASS MUGS |
| **International Class(es):** | 021 - Primary Class |
| **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | 1983 |
| **Use in Commerce:** | 1983 |

| | |
|---|---|
| **For:** | CLOTHING, NAMELY, SHIRTS, VESTS, TIES, SWEATERS, HATS, VISORS, BATHROBES, T-SHIRTS, SWEATSHIRTS, FLEECE SHIRTS, JACKETS, AND PULLOVERS |
| **International Class(es):** | 025 - Primary Class |
| **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | 1981 |
| **Use in Commerce:** | 1981 |

| | |
|---|---|
| **For:** | GOLF BAGS, GOLF TEES, GOLF TOWELS, GOLF CLUB HEAD COVERS, GOLF BAG IDENTIFICATION TAGS, GOLF ACCESSORY DIVOT REPAIR TOOLS, GOLF BALLS, GOLF BALL MARKERS AND GOLF BLANKETS |
| **International Class(es):** | 028 - Primary Class |
| **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | 1981 |
| **Use in Commerce:** | 1981 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Castle Pines Golf Club, Inc. |
| **Owner Address:** | 1000 Hummingbird Drive<br>Castle Rock, COLORADO UNITED STATES 80104 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | COLORADO |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | SABRINA C. STAVISH | **Docket Number:** | 2538-3-1 |
| **Attorney Primary Email Address:** | sstavish@sheridanross.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | SABRINA C. STAVISH<br>SHERIDAN ROSS PC<br>1560 BROADWAY STE 1200 |

DENVER, COLORADO UNITED STATES 80202-5141

**Phone:** 303-863-9700 **Fax:** 303-863-0223
**Correspondent e-mail:** sstavish@sheridanross.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 22, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 22, 2018 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Feb. 22, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Feb. 22, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Feb. 01, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 29, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 23, 2011 | CASE FILE IN TICRS | |
| Apr. 20, 2011 | CASE FILE IN TICRS | |
| Oct. 23, 2008 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Mar. 22, 2008 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 22, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 21, 2008 | ASSIGNED TO PARALEGAL | |
| Mar. 17, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 09, 2004 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 19, 2004 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Dec. 29, 1998 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 06, 1998 | PUBLISHED FOR OPPOSITION | |
| Sep. 04, 1998 | NOTICE OF PUBLICATION | |
| Aug. 03, 1998 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 19, 1998 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 19, 1998 | NON-FINAL ACTION MAILED | |
| May 18, 1998 | ASSIGNED TO EXAMINER | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE **Date in Location:** Feb. 22, 2018

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-07-12 08:28:14 EDT |
| **Mark:** |  |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 75369072 | **Application Filing Date:** | Oct. 06, 1997 |
| **US Registration Number:** | 2198394 | **Registration Date:** | Oct. 20, 1998 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Dec. 07, 2017 | | |

**Publication Date:** Jul. 28, 1998

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S) |
| **Design Search Code(s):** | 03.15.19 - Birds in flight or with outspread wings  03.15.24 - Stylized birds  03.15.25 - Blackbirds; Cardinals; Crows; Jays; Other birds not categorized elsewhere; Ravens; Robins; Woodpeckers  26.01.26 - Coils; Spirals; Swirls |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | GOLF CLUB SERVICES, GOLF COURSES, GOLF TOURNAMENTS, INSTRUCTION IN THE FIELD OF GOLF | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 1981 | **Use in Commerce:** | 1981 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Castle Pines Golf Club, Inc.
**Owner Address:** 1000 Hummingbird Drive
Castle Rock, COLORADO UNITED STATES 80104
**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** COLORADO

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** SABRINA C. STAVISH  **Docket Number:** 2538-3-2
**Attorney Primary Email Address:** sstavish@sheridanross.com  **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** SABRINA C. STAVISH
SHERIDAN ROSS PC
1560 BROADWAY STE 1200
DENVER, COLORADO UNITED STATES 80202-5141
**Phone:** 303-863-9700  **Fax:** 303-863-0223
**Correspondent e-mail:** sstavish@sheridanross.com  **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 07, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 07, 2017 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Dec. 07, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Dec. 07, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 09, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 20, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 19, 2011 | CASE FILE IN TICRS | |
| Apr. 20, 2011 | CASE FILE IN TICRS | |
| Oct. 23, 2008 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Mar. 22, 2008 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 22, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 21, 2008 | ASSIGNED TO PARALEGAL | |
| Mar. 17, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 09, 2004 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 19, 2004 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 20, 1998 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 28, 1998 | PUBLISHED FOR OPPOSITION | |
| Jun. 26, 1998 | NOTICE OF PUBLICATION | |
| Jun. 04, 1998 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 26, 1998 | ASSIGNED TO EXAMINER | |
| May 20, 1998 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE  **Date in Location:** Dec. 07, 2017

**Generated on:** This page was generated by TSDR on 2024-07-12 08:29:29 EDT
**Mark:** THE INTERNATIONAL AT CASTLE PINES GOLF CLUB



| | | | |
|---|---|---|---|
| **US Serial Number:** | 73561236 | **Application Filing Date:** | Oct. 03, 1985 |
| **US Registration Number:** | 1431518 | **Registration Date:** | Mar. 03, 1987 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | May 27, 2016 | | |

**Publication Date:** Dec. 09, 1986

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | THE INTERNATIONAL AT CASTLE PINES GOLF CLUB |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Disclaimer:** | "GOLF CLUB" AND "INTERNATIONAL" |
| **Design Search Code(s):** | 03.15.09 - Gulls; Other sea birds; Pelicans; Seagulls  03.15.19 - Birds in flight or with outspread wings  03.15.24 - Stylized birds  03.15.25 - Blackbirds; Cardinals; Crows; Jays; Other birds not categorized elsewhere; Ravens; Robins; Woodpeckers  26.01.26 - Coils; Spirals; Swirls  26.03.03 - Incomplete ovals; Ovals, incomplete |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | ENTERTAINMENT SERVICES, NAMELY CONDUCTING GOLF TOURNAMENTS | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 04, 1985 | **Use in Commerce:** | Jun. 05, 1985 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | |
|---|---|
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | CASTLE PINES GOLF CLUB, INC. |
| **Owner Address:** | 1000 HUMMINGBIRD DRIVE<br>CASTLE ROCK, COLORADO UNITED STATES 80108 |
| **Legal Entity Type:** | NON-PROFIT CORPORATION |
| **State or Country Where Organized:** | COLORADO |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | SABRINA STAVISH |
| **Docket Number:** | 2538-4 |
| **Attorney Primary Email Address:** | sstavish@sheridanross.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | SABRINA STAVISH<br>Sheridan Ross P.C.<br>1560 BROADWAY<br>STE 1200<br>DENVER, COLORADO UNITED STATES 80202 |
| **Phone:** | 303 863 9700 |
| **Fax:** | 303 863 0223 |
| **Correspondent e-mail:** | sstavish@sheridanross.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 27, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 27, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| May 27, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 27, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Mar. 14, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 02, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Apr. 02, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 14, 2007 | ASSIGNED TO PARALEGAL | |
| Jan. 11, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jan. 11, 2007 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 31, 2006 | CASE FILE IN TICRS | |
| Dec. 03, 1993 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Nov. 05, 1993 | RESPONSE RECEIVED TO POST REG. ACTION | |
| Jul. 20, 1993 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | |
| Feb. 18, 1993 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Mar. 03, 1987 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 09, 1986 | PUBLISHED FOR OPPOSITION | |
| Dec. 09, 1986 | PUBLISHED FOR OPPOSITION | |
| Nov. 09, 1986 | NOTICE OF PUBLICATION | |
| Sep. 29, 1986 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 13, 1986 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 13, 1986 | NON-FINAL ACTION MAILED | |
| Dec. 12, 1985 | ASSIGNED TO EXAMINER | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  GENERIC WEB UPDATE           **Date in Location:**  May 27, 2016