# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Brinkerhoff Restaurants LLC, | Civil Case No. 1:24-cv-01954-SKC-KAS |
| Plaintiff/Counterclaim Defendant, | |
| v. | **MOTION TO REDACT TRANSCRIPT** |
| The Castle Pines Golf Club, Inc., | |
| Defendant/Counterclaim Plaintiff. | |

Plaintiff/Counterclaim Defendant Brinkerhoff Restaurants LLC ("Brinkerhoff") hereby submits its motion to redact the Transcript of Evidentiary Hearing ("Transcript") held on October 11, 2024 before the Honorable Judge Crews. (Dkt. No. 41.)

## CERTIFICATE OF CONFERRAL

Counsel for Brinkerhoff conferred with counsel for Defendant/Counterclaim Plaintiff The Castle Pines Golf Club, Inc. ("the Club") regarding Brinkerhoff's requested redaction of the Transcript. Counsel for the Club had no objections.

## MOTION

The portion of the transcript Brinkerhoff requests to be redacted contains highly confidential and proprietary revenue information that is not central to the issues in the instant action that would otherwise prejudice Brinkerhoff if left unredacted. Therefore, Brinkerhoff hereby moves the Court to order that the following portion of the publicly available Transcript be redacted: 196:20-197:12.

## CONCLUSION

Plaintiff/Counterclaim Defendant Brinkerhoff Restaurants LLC respectfully requests that the Court grant this motion to redact pages 196:20-197:12 of the Transcript.

Respectfully submitted this 18th day of November, 2024.

        STUDIOIP LAW, LLC

        By:   */s/ Jessie L. Pellant*
        **Jessie L. Pellant**
        Colorado Attorney Reg. No. 42096
        jpellant@studioiplaw.com
        **Timothy M. Sullivan**
        Minnesota Attorney Reg. No. 0391528
        tsullivan@studioiplaw.com
        **Larissa M. Goodman**
        Colorado Attorney Reg. No. 55222
        lgoodman@studioiplaw.com

        3000 Lawrence Street
        Denver, CO 80205

        *Attorneys for Plaintiff*
        Brinkerhoff Restaurants, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024. I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. I further certify that a copy of the foregoing motion was served on Court Reporter Mary George at mary_george@cod.uscourts.gov.

By:    */s/ Jessie L. Pellant*
       Jessie L. Pellant
       *Attorney for Plaintiff*

3